IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NATHANAEL CRUZ, KEVIN LINK,     )
BRYAN HUFFMAN, ANTHONY          )
CRULL, GREG CHIDSEY, LARRY      )
ELKINS, KYLE THOMPSON, JEFF     )
BRELAND, and all other similarly situated,  )
                                )
                Plaintiffs,     )        Civil Case No. 06-718-KI
                                )
        vs.                     )        ORDER
                                )
IRONWOOD COMMUNICATIONS, INC.,  )
a Nevada corporation, and 180 CONNECT,  )
INC., a Nevada corporation,     )
                                )
                Defendants.     )

        Brian A. Buchanan
        Brian A. Buchanan, PC
        161 High St, Suite 208-B
        Salem, Oregon 97301

                Attorney for Plaintiffs

Page 1 - ORDER

Leigh Ann Collings Tift
James G. Zissler
Littler Mendelson, P.C.
Columbia Center
701 Fifth Avenue, Suite 6500
Seattle, Washington  98104-7097

    Attorneys for Defendants


KING, Judge:

    Plaintiffs have informed the court that they do not oppose Defendants' Motion for Partial

Summary Judgment (#18).  Accordingly, I grant summary judgment and dismiss plaintiffs'

claims for uncompensated mileage, cell phone reimbursements, tool deductions, filling out and

faxing paperwork, travel time, waiting time, performance bonuses, and installation bonuses.

    IT IS SO ORDERED.

    Dated this _____11th_____ day of October, 2006.


            _____/s/ Garr M. King_____
            Garr M. King
            United States District Judge


Page 2 - ORDER